**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Ryan Ippolito**, <br><br> Plaintiff, <br><br> v. <br><br> **Allstate Security Patrol, LLC**, an Arizona Limited Liability Company; **Philip Capozzi and Linda Capozzi**, a Married Couple, <br><br> Defendants. | No. 2:21-cv-01274-GMS <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ryan Ippolito, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice.

DATED this 30th Day of September, 2021.

BENDAU & BENDAU PLLC

/s/*Christopher J. Bendau*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th Day of September 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Christopher J. Bendau*